# IN THE SUPREME COURT OF THE STATE OF NEVADA

EAGAN AVENATTI, LLP,
                Appellant,

vs.

AUTHENTIC ENTERTAINMENT
PROPERTIES, LLC, A NEVADA
COMPANY; AND AUTHENTIC
ENTERTAINMENT PROPERTIES
DEVELOPMENT, LLC, A NEVADA
COMPANY,
                Respondents.

No. 73129

**FILED**

SEP 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a motion to adjudicate an attorney's lien. We previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that appellant was not a party to the underlying proceedings and lacked standing to appeal the challenged order. *See Albert D. Massi, Ltd. v. Bellmyre*, 111 Nev. 1520, 1521, 908 P.2d 705, 706 (1995). In response, appellant agrees that it was not a party to the district court proceedings and has filed a notice of voluntary withdrawal of appeal. Accordingly, cause appearing, we

ORDER this appeal DISMISSED.

_____, C.J.
Cherry

cc:  Hon. Nancy L. Allf, District Judge
     Kristine M. Kuzemka, Settlement Judge
     Jones Lovelock
     Lewis Roca Rothgerber Christie LLP/Las Vegas
     Frank Sims & Stopler, LLP
     Eighth District Court Clerk